# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN LUIS GOMEZ-REGIN a/k/a<br>JUAN JOSE DOMINGUEZ-GOMEZ,<br><br>　　　　　Defendant/Petitioner. | Case No.  1:11-cv-00146-EJL<br>　　　　　　1:09-cr-00089-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant/Petitioner take nothing from the Plaintiff and the civil case associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **December 5, 2011**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT**